MEYLAN DAVITT JAIN AREVIAN & KIM LLP
ROBERT L. MEYLAN (State Bar No. No. 144031)
rmeylan@mdjalaw.com
GRACE C. LEE (State Bar No. 293383)
glee@mdjalaw.com
444 South Flower Street, Suite 1850
Los Angeles, California  90071
Telephone:  (213) 225-6000

JS-6

Attorneys for Plaintiff
Honda Performance Development, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HONDA PERFORMANCE DEVELOPMENT, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>JUDITH FERNANDEZ-ADELUGBA, an individual, GEORGE A. FERNANDEZ, an individual, ALICIA WILKERSON, an individual, ALEX WILKERSON, an individual doing business as Engineering Talent Connect, BUSINESS SOLUTIONS SERVICES, INC., a California corporation,<br>            Defendants. | CASE NO. 2:20-cv-08570-JFW-MAAx<br><br>**JUDGMENT IN A CIVIL ACTION**<br><br>Hon. John F. Walter<br>Ctrm 7A<br><br>Action filed:  September 18, 2020 |

The Court has ordered that:

The plaintiff Honda Racing Corporation USA—formerly known as Honda Performance Development, Inc.--("HPD") shall recover from the defendant Judith Fernandez-Adelugba ("Ms. Fernandez") the amount of One Million Seven Hundred Forty Five Thousand and Nine Hundred Sixty Four Dollars ($1,745,964.00).  The amount shall not accrue post-judgment interest until paid and is inclusive of costs.

Dated: July 3, 2024

*[signature]*
Hon. John F. Walter
U.S. District Court Judge